UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MISTEROVICH,

       Plaintiff,

                                            Case No. 1:13-cv-1221

v.

                                            HON. JANET T. NEFF

BRUCE BURGGRAF, SR.,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Plaintiff filed a Motion for Default Judgment (Dkt 18). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 24, 2014 recommending that Plaintiff's motion be granted in part and denied in part. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Dkt 18) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated: December 10, 2014                              /s/Janet T. Neff
                                                            JANET T. NEFF
                                                             United States District Judge